IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAPHNE R. CHANDLER : CIVIL ACTION
:
      v. :
:
UNIVERSITY OF PENNSYLVANIA : NO. 12-5127

## ORDER

AND NOW, this 28th day of February, 2013, upon consideration of the defendant's motion to dismiss (Docket No. 9), and the briefs in opposition to and support of that motion, IT IS HEREBY ORDERED, for the reasons stated in a memorandum bearing today's date, that the motion is GRANTED and the plaintiff's claim is DISMISSED without prejudice. The plaintiff may amend her complaint within thirty (30) days of the date of this Order.

                                    BY THE COURT:

                                    /s/ Mary A. McLaughlin
                                    MARY A. McLAUGHLIN, J.